# RAYMOND AND RAYMOND

## ATTORNEYS AT LAW

**7 GLENWOOD AVENUE, 4th FLOOR, STE. 408
EAST ORANGE, NEW JERSEY 07017**
--------
**TELEPHONE: (973) 675-5622
TELEFAX: (408) 519-6711
VOICE MAIL: (815) 642-4613
EMAIL: BANKRUPTCY123@COMCAST.NET**

August 29, 2016

Honorable Vincent Papalia, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re: Sharon Andrews
       16-14649
       Chapter 13
    Proceeding: Nationstar's Application for Early Termination
           of Loss Mitigation
    Hearing Date: To Be Determined

Dear Judge Papalia:

Please accept this letter in response to Nationstar Mortgage's ("Nationstar") Application for Early Termination of Loss Mitigation.

Nationstar's application is based on the fact that the debtor has yet to submit a loss mitigation package and that the debtor has not made all of the loss mitigation payments. The debtor is in the process of gathering the documents and the package should be submitted shortly, likely before the hearing on this matter, and thereby mooting this objection. In addition, the debtor indicates that she has made all of the adequate protection payments in the order.

For the foregoing reason, I respectfully request that the hearing on Nationstar's Application for early termination be denied or adjourned pending the outcome of the review.

Respectfully Submitted,

/s/ HERBERT B. RAYMOND, ESQ.
----------------------------

Herbert B. Raymond, Esq.