UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                         Case No.:    __16-14649__

Sharon Andrews                   Adv. No.: _____

Judge:      __V F P__

Debtor (s),

Chapter:     __13__

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Vincent F. Papalia_____, United States Bankruptcy Judge.

**Reason for Hearing:**      Certification in Opposition To Application for Early Termination of Loss Mitigation Period, filed by Debtor

**Location of Hearing:**      Courtroom No. __3B__
Martin Luther King, Jr. Federal Building
50 Walnut Street, 3er floor
Newark, NJ 07102

**Date and Time:**      October 6, 2016 at 11:00 AM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED      ____ ARE NOT REQUIRED

DATED:     8/29/2016                     JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 29, 20 16 the foregoing notice was served on the following:

Debtor, Debtor's Attorney, Creditor's Attorney, Chapter 13 Trustee and US Trustee Office.

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Andrews  
     Debtor

Case No. 16-14649-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 29, 2016  
                     Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.  
db           +Sharon Andrews,    PO Box 526,    Maplewood, NJ 07040-0526  
cr           +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2016 23:20:24     Synchrony Bank,    c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605  
                                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Herbert B. Raymond    on behalf of Debtor Sharon   Andrews bankruptcy123@comcast.net,    jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
       Marie-Ann   Greenberg    magecf@magtrustee.com  
                                                                                                             TOTAL: 4