UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor, Nationstar Mortgage LLC
By: Jeanette F. Frankenberg, Esq.

In Re:

Sharon Andrews

Order Filed on October 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        16-14649

Chapter:              13

Judge:        Vincent F. Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____04/13/2016_____ :

Property:     11-13 Sheldon Terrace, Newark, NJ 07106_____

Creditor:     _____Nationstar Mortgage LLC_____

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☑ Early Termination of the Loss Mitigation Period having been filed by _____immediately_____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*