UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
ATTORNEYS FOR THE DEBTOR(s)

**Order Filed on January 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHARON ANDREWS, DEBTOR(S)

Case No.: 16-14649 (VFP)

Adv. No.:

Hearing Date: 12/1/16 @ 11:00 A.M.

Judge: VINCENT F. PAPALIA

ORDER REINSTATING AUTOMATIC STAY AS
TO NATIONSTAR MORTGAGE, LLC, VACATING
ORDER TERMINATING LOSS MITIGATION,
EXTENDING LOSS MITIGATION AND
RESOLVING NATIONSTAR'S OBJECTION

The relief set forth on the following pages, two (2) through three (3) is hereby ORDERED:

**DATED: January 6, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Sharon Andrews, Debtor(s)

Case no.: 16-14649 (VFP)

Caption of order: Order Reinstating Automatic Stay as to Nationstar Mortgage, LLC, Vacating Order Terminating Loss Mitigation, Extending Loss Mitigation and Resolving Nationstar's Objection

_____

1. The automatic stay be and is hereby reinstated, as to Nationstar Mortgage, LLC, as to its foreclosure and related action, pertaining to real property owned by the Debtor located at 11 Sheldon Terrace, Newark, New Jersey 07106.

2. That the Order Terminating Loss Mitigation be and is hereby Vacated.

3. That loss mitigation shall be extended for a period of ninety days, until February 3, 2017.

4. The Debtor shall make the December payment, in the amount of $2,272.48, in certified funds, so that it is received, by Nationstar Mortgage, on or before December 31, 2016.

5. Debtor's counsel shall remit funds being held, covering the October and November 2016 payments, to lender's counsel immediately.

6. The deficiency, representing amounts relating to payments less than specified by the lender, in the sum of $1,124.84, shall be remitted by the Debtor, to Nationstar Mortgage, in certified funds, so that this sum must be received on or before December 31, 2016.

Page 3

Debtor: Sharon Andrews, Debtor(s)

Case no.: 16-14649 (VFP)

Caption of order: Order Reinstating Automatic Stay as to Nationstar Mortgage, LLC, Vacating Order Terminating Loss Mitigation, Extending Loss Mitigation and Resolving Nationstar's Objection

_____

7. Future payments, shall be made by the Debtor, in the amount of $2,272.48, to Nationstar Mortgage, representing the adequate protection payment under the loss mitigation order. This order supercedes the loss mitigation order, entered by the Court, calling for a specified payment amount.

8. If the Debtor fails to make any of the payments called for in the preceding paragraphs, Nationstar Mortgage's counsel, may file a default certification with the Court and the Debtor shall have five (5) days to file a response and to cure the arrears, otherwise the Court shall enter an order vacating the stay.

9. That the stay called for in paragraph number one above, shall remain in effect through March 2, 2017. If the Debtor wishes to continue or extend the stay, she must file a motion, returnable on March 2, 2017, seeking the extension or continuation of the automatic stay.