UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
ATTORNEYS FOR THE DEBTOR(s)

Order Filed on March 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON ANDREWS, DEBTOR(S)

Case No.: 16-14649 (VFP)

Adv. No.:

Hearing Date: 3/2/17 @ 11:00 A.M.

Judge: VINCENT F. PAPALIA

ORDER CONTINUING AUTOMATIC STAY AS
TO NATIONSTAR MORTGAGE, LLC, AND
EXTENDING LOSS MITIGATION PERIOD

The relief set forth on the following pages, two (2) through two (2) is
hereby ORDERED:

DATED: March 9, 2017

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Sharon Andrews, Debtor(s)

Case no.: 16-14649 (VFP)

Caption of order: Order Continuing Automatic Stay as to

Nationstar Mortgage, LLC and Extending Loss Mitigation Period

_____

    1. The automatic stay be and is hereby continued, as to

Nationstar Mortgage, LLC, as to its foreclosure and related

action, pertaining to real property owned by the Debtor located

at 11 Sheldon Terrace, Newark, New Jersey 07106.

    2. That loss mitigation shall be extended for a period of

one hundred and twenty (120) days, from entry of this order,

until July 1, 2017.

    3. If the Debtor wishes to continue or extend the stay, and

extend the loss mitigation period, she must file a motion, on or

before, July 1, 2017, seeking the extension or continuation of

the automatic stay and the extension of the loss mitigation

period.  If such a motion is filed, the stay will continue in

effect during the gap period until the motion is heard by the

Court.