UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND #HR-1379
JEFFREY M. RAYMOND
ATTORNEYS FOR THE DEBTOR(s)
```

**Order Filed on March 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHARON ANDREWS, DEBTOR(S)

Case No.: 16-14649 (VFP)

Adv. No.:

Hearing Date: 3/2/17 @ 11:00 A.M.

Judge: VINCENT F. PAPALIA

ORDER CONTINUING AUTOMATIC STAY AS
TO NATIONSTAR MORTGAGE, LLC, AND
EXTENDING LOSS MITIGATION PERIOD

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: March 9, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Sharon Andrews, Debtor(s)

Case no.: 16-14649 (VFP)

Caption of order: Order Continuing Automatic Stay as to Nationstar Mortgage, LLC and Extending Loss Mitigation Period

_____

1. The automatic stay be and is hereby continued, as to Nationstar Mortgage, LLC, as to its foreclosure and related action, pertaining to real property owned by the Debtor located at 11 Sheldon Terrace, Newark, New Jersey 07106.

2. That loss mitigation shall be extended for a period of one hundred and twenty (120) days, from entry of this order, until July 1, 2017.

3. If the Debtor wishes to continue or extend the stay, and extend the loss mitigation period, she must file a motion, on or before, July 1, 2017, seeking the extension or continuation of the automatic stay and the extension of the loss mitigation period.  If such a motion is filed, the stay will continue in effect during the gap period until the motion is heard by the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-14649-VFP
Sharon Andrews                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 10, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db             +Sharon Andrews,    PO Box 526,    Maplewood, NJ 07040-0526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Sharon   Andrews bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5