UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on April 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHARON ANDREWS,

DEBTOR(S)

Case No.: 16-14649 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 18, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Sharon Andrews,  Debtor(s)

Case no.:  16-14649 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$3,000.00** for services rendered and expenses in the amount **$40.00**   for a total of **$3,040.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.
This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Andrews  
      Debtor

Case No. 16-14649-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Apr 19, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.  
db           +Sharon Andrews,    PO Box 526,    Maplewood, NJ 07040-0526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:  
       Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
       Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Herbert B. Raymond    on behalf of Debtor Sharon Andrews bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                          TOTAL: 5