Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−14649−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sharon Andrews
    dba Children's Place
    PO Box 526
    Maplewood, NJ 07040

Social Security No.:
    xxx−xx−0739

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/7/17 at 11:00 AM

to consider and act upon the following:

*64* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/11/2017. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) (Greenberg, Marie−Ann)

*66* – Certification in Opposition to (related document:64 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/11/2017. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Sharon Andrews. (Raymond, Herbert)

Dated: 8/4/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court