| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RAYMOND AND RAYMOND<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVENUE, 4TH FLOOR<br>EAST ORANGE, NEW JERSEY 07017<br>TELEPHONE (973) 675-5622<br>TELEFAX (408) 519-6711<br>VOICEMAIL (815) 642-4613<br>Email: bankruptcy123@comcast.net<br>HERBERT B. RAYMOND #HR-1379<br>JEFFREY M. RAYMOND<br>ATTORNEYS FOR THE DEBTOR(s) | **Order Filed on August 9, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>SHARON ANDREWS, DEBTOR(S) | Case No.: 16-14649 (VFP)<br><br>Adv. No.:<br><br>Hearing Date: 8/3/17 @ 11:00 A.M.<br><br>Judge: VINCENT F. PAPALIA |

ORDER REINSTATING AUTOMATIC STAY AND
EXTENDING LOSS MITIGATION PERIOD

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: August 9, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Sharon Andrews, Debtor(s)

Case no.: 16-14649 (VFP)

Caption of order: Order Reinstating Automatic Stay and Extending Loss Mitigation Period

_____

1. The automatic stay be and is hereby reinstated, as to Nationstar Mortgage, LLC, and/or its assignees, as to its foreclosure and related action, pertaining to real property owned by the Debtor located at 11 Sheldon Terrace, Newark, New Jersey 07106.

2. That loss mitigation shall be extended ~~for a period of one hundred and eighty (180) days, from entry of this order, until December 31, 2017.~~ to November 9, 2017.

3. If the Debtor wishes to extend the loss mitigation period, she must file a motion, on or before, ~~December 31, 2017~~ November 9, 2017, seeking the extension of the loss mitigation period.  If such a motion is filed, loss mitigation will continue in effect during the gap period until the motion is heard by the Court.