Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−14649−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Andrews
   dba Children's Place
   PO Box 526
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−0739

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 14, 2017
JAN: jf

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon Andrews  
    Debtor

Case No. 16-14649-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 14, 2017  
                Form ID: 148    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.

```
db              +Sharon Andrews,    PO Box 526,    Maplewood, NJ 07040-0526
cr              +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                  Suite 302,    Roseland, NJ 07068-1640
516053801        Chase Auto,    PO Box 901003,    Columbus, OH 43224
516053804        Chase Auto Finance,    PO Box 71,    AZ1-1352,    Phoenix, AZ 85001-0071
516202884        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
516277494       +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    Nationstar Mortgage LLC,
                  P.O. Box 619096,    Dallas, TX 75261-9096
516053809       +Midland Funding,    Attn: Pressler and Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516053812      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage , LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
516053810        Nationstar,    PO Box 199111,    Dallas, TX 75235
516053813       +Nationstar Mortgage , LLC,    Attn: Stern, Lavinthal & Frankenberg, LL,
                  105 Eisenhower Parkway, Ste. 302,    Roseland, NJ 07068-1640
516053814       +New Century,    110 S. Jefferson Rd., #104,    Whippany, NJ 07981-1038
516053815       +New Century Financial,    7 Entin Road,    Parsippany, NJ 07054-5020
516053816       +New Century Financial, LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516053819       +Stern, Lavinthal an Frankenberg, LLC,    105 Eisnehower Parkway, Ste. 302,
                  Roseland, NJ 07068-1640
516053820       +Thd,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:20      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:18      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Sep 15 2017 01:43:00      Synchrony Bank,    c/o Recovery Mmgt. Sys.,
                  25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516053802       +EDI: CAUT.COM Sep 15 2017 01:43:00      Chase Auto Finance,    PO Box 5210,
                  New Hyde Park, NY 11042-5210
516053803       +EDI: CAUT.COM Sep 15 2017 01:43:00      Chase Auto Finance,    201 N. Center Avenue,
                  Phoenix, AZ 85004-1071
516053805        EDI: CAUT.COM Sep 15 2017 01:43:00      Chase Automotive Finance,    PO Box 15700,
                  Wilmington, DE 19886-5700
516053806       +EDI: MID8.COM Sep 15 2017 01:43:00      Midland Credit Management,    8875 Aero Drive, Ste. 2,
                  San Diego, CA 92123-2255
516053807        EDI: MID8.COM Sep 15 2017 01:43:00      Midland Credit Mangement, Inc.,    PO Box 60578,
                  Los Angeles, CA 90060-0578
516053808       +EDI: MID8.COM Sep 15 2017 01:43:00      Midland Funding,    8875 Aero Drive, Ste. 200,
                  San Diego, CA 92123-2255
516053818        E-mail/Text: bnc@nordstrom.com Sep 15 2017 01:59:51      Nordstrom,    PO Box 78528,
                  Phoenix, AZ 85062-8528
516053817       +E-mail/Text: bnc@nordstrom.com Sep 15 2017 01:59:51      Nordstrom,    13531 E Caley Ave,
                  Englewood, CO 80111-6505
516293347        EDI: PRA.COM Sep 15 2017 01:43:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                  POB 41067,    Norfolk VA 23541
516084834        EDI: RMSC.COM Sep 15 2017 01:43:00      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516053811*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage , LLC,    PO Box 299008,    Lewisville, TX 75029)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2017
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
          Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et
           Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Sharon  Andrews bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                           TOTAL: 5
```